JUDGE DANIELS                    08 CIV 4807

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
SERIOUS USA, INC.; SERIOUS IP, INC.;                :
and DXPDD, LLC,                                     :
                                                    :
                    Plaintiffs,                     :   Civil Action No.
                                                    :
            v.                                      :
                                                    :
INTERACTIVE CARD SOLUTIONS LLC                      :   RULE 7.1 STATEMENT
and INTERACTIVE CARD                                :
TECHNOLOGIES LLC,                                   :
                                                    :
                    Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[stamp: RECEIVED MAY 22 2008 U.S.D.C. CASHIERS]

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges

and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Plaintiffs certifies that (1) Serious USA, Inc. and Serious IP, Inc. are

privately held corporations; and (2) DXPDD, LLC, is a privately held limited liability company.


Dated: New York, New York          DREIER LLP
        May 22, 2008
                                   By: _____
                                       Seth H. Ostrow (SO 9605)
                                       Arianna Frankl (AF 7764)
                                       Karine Louis (KL 6652)

                                   499 Park Avenue
                                   New York, New York 10022
                                   Telephone: (212) 328-6100
                                   Facsimile: (212) 328-6101

                                   Attorneys for Plaintiffs Serious USA, Inc.,
                                   Serious IP, Inc. and DXPDD, LLC

357045