# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 4807

Date Filed: 5/22/2008

Plaintiff:
**SERIOUS USA, INC., SERIOUS IP, INC., and DXPDD, LLC,**

vs.

Defendant:
**INTERACTIVE CARD SOLUTIONS LLC and INTERACTIVE CARD
TECHNOLOGIES LLC,**

For:
Dreier, LLP
499 Park Avenue
New York, NY 10022

Received these papers to be served on **INTERACTIVE CARD TECHNOLOGIES LLC, located at 10 West 18th
Street, 3rd Floor, New York, New York 10011.**

I, Baldeo Chetram, being duly sworn, depose and say that on the **23rd day of May, 2008** at **3:30 pm, I:**

Served the above named Entity by delivering a true copy of the **Summons, Complaint, Civil Cover Sheet, Rule
7.1 Statement, Judge's Pecks Rules, Judge's Katz's Rules, Judge's Daniel's Rules & Judge's Stein's Rules** to
Cory Perkins, Chief Operations Officer, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served:  Age: 42,  Sex: M,  Race/Skin Color: White,  Height: 6'1",  Weight: 190,  Hair:
Brown,  Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in
the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 29th day of
May, 2008  by the affiant who is personally known to
me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008002280
Ref: 08 CIV 4807

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j