CARTER LEDYARD & MILBURN LLP
Keith D. Nowak, Esq. (KN-0230)
2 Wall Street
New York, NY 10005
Phone: (212) 238-8610
Fax: (212) 732-3232
Attorneys for Defendants Interactive Card Solutions LLC
and Interactive Card Technologies LLC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
SERIOUS USA, INC; SERIOUS IP, INC.;
And DXPDD, LLC,

          Plaintiff,

- against -

INTERACTIVE CARD SOLUTIONS LLC and
INTERACTIVE CARD TECHNOLOGIES
LLC,

          Defendants.
-----------------------------------------------------------------x

**RULE 7.1 DISCLOSURE STATEMENT**

**CIVIL ACTION NO. 08-CV-4807 (GBD)**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendants INTERACTIVE CARD SOLUTIONS LLC and INTERACTIVE CARD TECHNOLOGIES LLC, and the undersigned counsel certify that there are no parent corporations or publicly-held corporations owning 10% or more of the stock of Defendants INTERACTIVE CARD SOLUTIONS LLC and INTERACTIVE CARD TECHNOLOGIES LLC.

                                        Respectfully Submitted,

                                        Keith D. Nowak
                                        Bar Roll No. KN-0230
                                        Carter Ledyard & Milburn LLP
                                        2 Wall Street
                                        New York, NY 10005
                                        (212) 238-8610 Phone
                                        Attorney for Defendants

6351415.1