# DREIER LLP

ATTORNEYS AT LAW

Karine Louis
Direct 212 652 3793
klouis@dreierllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUL 1 8 2008

**SO ORDERED**

July 16, 2008

*[signature]*

**HON. GEORGE B. DANIELS**
JUL 1 8 2008

**VIA FACSIMILE**

The Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

Re:  *Serious USA, Inc., et al. v. Interactive Card Solutions LLC, et. al*; Case No. 08-cv-4807 (GBD)(AJP)

Dear Judge Daniels:

We represent Plaintiffs in the above-referenced action. As instructed by your office, we write concerning the Initial Pretrial Conference currently scheduled before the Court for July 30, 2008 at 9:30 a.m. as well as the Proposed Case Management Plan and Scheduling Order that is required to be submitted on July 23, 2008. During a Scheduling Conference on June 20, 2008 before Judge Peck for a related action entitled *Serious USA, Inc., et al. v. CD Digital Card, et al.*; Case No.:08-cv-4808, the Court suggested that both matters should proceed on the same schedule and thereafter entered a Scheduling Order to govern both actions. *See* Docket Item no. 6. In addition, the *CD Digital* action has since been reassigned to your Honor and the *Interactive Card* action was reassigned to Judge Peck, so that both cases can be jointly adjudicated. Judge Peck has also scheduled a status conference for July 23, 2008 at 9:30 a.m. As such, we respectfully request that the conference currently scheduled before the Court on July 30, 2008 be adjourned.

Counsel for Defendants have reviewed this letter and agree with its contents.

Respectfully submitted,

*[signature]* Karine Louis /LR

Karine Louis

371513

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com